```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932
5
6
7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,    )  CASE NO. 2:10-cr-00518 JAM
11                              )
                  Plaintiff,    )  STIPULATION AND ORDER
12                              )
   v.                           )  DATE: August 23, 2011
13                              )  TIME: 9:30 a.m.
   JEFFREY RODRIGUEZ,           )  COURT: Hon. John A. Mendez
14                              )
                  Defendant.    )
15                              )
                                )
16 ─────────────────────────────)
17
       IT IS HEREBY STIPULATED by and between Assistant United
18
   States Attorney Paul Hemesath, counsel for Plaintiff, and Matthew
19
   Scoble, counsel for defendant Jeffrey Rodriguez, that the above
20
   status conference be rescheduled from this Court's August 23, 2011,
21
   calendar, and that the matter be re-calendared for October 4, 2011,
22
   at 9:30 a.m.  This request is made jointly by the government and
23
   defense in order to permit time for continued preparation, including
24
   investigation which is currently in progress, and plea negotiations.
25
   The parties agree that the interests of justice served by granting
26
   this continuance outweigh the best interests of the public and the
27
   defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
28
                                 1
```

| | | |
|---|---|---|
| 1 | IT IS FURTHER STIPULATED that time be excluded between through | |
| 2 | October 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local | |
| 3 | Code T-4. | |

Dated: August 16, 2011        /s/ Paul Hemesath
                                      Paul Hemesath
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

Dated: August 16, 2011        /s/ Matthew Scoble
                                      Matthew Scoble
                                      Counsel for Defendant
                                      Jeffrey RODRIGUEZ

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: 8/18/2011        /s/ John A. Mendez
                             Hon. John A. Mendez
                             United States District Judge