1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEFFREY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S. 10-0518 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| JEFFREY RODRIGUEZ, | ) |
| Defendant. | ) Date: March 20, 2012 |
|  | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, JEFFREY RODRIGUEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, February 21, 2012, be continued to Tuesday, March 20, 2012, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the ends of justice to be served by a

| | |
|---|---|
| 1 | continuance outweigh the best interests of the public and the defendant |
| 2 | in a speedy trial, and they ask the Court to exclude time under the |
| 3 | Speedy Trial Act from the date of this order through March 20, 2012, |
| 4 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4). |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 17, 2012           /s/ Matthew M. Scoble
                                   MATTHEW M. SCOBLE
                                   Assistant Federal Defender
                                   Attorney for JEFFREY RODRIGUEZ


                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated:  February 17, 2012          /s/ Matthew M. Scoble for
                                   PAUL HEMESATH
                                   Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 20, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 20, 2012.

IT IS SO ORDERED.

Dated: 2/17/2012                   /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Judge

Stip. & Order                      2