1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JEFFREY RODRIGUEZ
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,     ) No. CRS 10-518 JAM
                                   )
13 |           Plaintiff,           )
                                   ) STIPULATION AND ORDER ORDERING
14 |     v.                         ) PRE-PLEA PRESENCE REPORT
                                   )
15 | JEFFREY RODRIGUEZ,             ) Judge: Hon. John A. Mendez
                                   ) Date:  April 17, 2012
16 |           Defendant.           ) Time:  9:00 a.m.
                                   )
17 | _____ )

18      The parties mutually request that the Court order the U.S.

19 Probation office to prepare a Pre-Plea Presentence Report.  Defense

20 investigation of this issue suggests results of such a review and

21 report will have a substantial ameliorative effect on advisory

22 guideline computations and a consequential beneficial effect on the

23 ability of the parties to reach mutually agreeable terms of resolution

24 of the case without trial.  The request is for this report to be

25 limited to criminal history calculation.

26      The court is advised that defense counsel has conferred with U.S.

27 Probation Officer Jeff Oestreicher who has advised that the probation

28 office can accomplish this report by April 10, 2012.  He has also

advised that the Probation Office needs an order from the court directing them to undertake this inquiry.  A proposed order follows this stipulation.  This case is currently set for status conference on April 17, 2012, thereby allowing the Probation Office the time they require to prepare the requested report.

The parties stipulate that time for trial under the Speedy Trial Act be excluded between February 27, 2012, and April 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  27 Feb 2012 /s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney
Counsel for Plaintiff


Date:  27 Feb 2012 DANIEL J. BRODERICK
Federal Defender


 /s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Counsel for Defendant
JEFFREY RODRIGUEZ

Stipulation and Order            -2-

**O R D E R**

The Probation Office is directed to prepare the Pre-Plea Presentence Report as requested in the above stipulation and report its results to counsel for each of the parties on or before 10 April 2012, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

By the Court,

Date: February 27, 2012 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Stipulation and Order -3-