DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 10-0518 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JEFFREY RODRIGUEZ, | |
| Defendant. | Date: June 19, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH Assistant U.S. Attorney, and defendant, JEFFREY RODRIGUEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, May 15, 2012, be continued to Tuesday, June 19, 2012, at 9:30 a.m.

The reason for this continuance is to allow the parties to reach a negotiated resolution. The parties have just received a pre-plea pre-sentence report. This report will significantly facilitate negotiations in this case. This continuance will allow the parties to finalize an agreement. The parties agree that the ends of justice to

be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through June 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 30, 2012　　　　　/s/ Matthew M. Scoble
　　　　　　　　　　　　　　　　MATTHEW M. SCOBLE
　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　Attorney for JEFFREY RODRIGUEZ


BENJAMIN B. WAGNER
United States Attorney

Dated:　April 30, 2012　　　　　/s/ Matthew M. Scoble for
　　　　　　　　　　　　　　　　PAUL HEMESATH
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 19, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 19, 2012.

IT IS SO ORDERED.

Dated: 4/30/2012　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　United States District Court Judge

Stip. & Order　　　　　　　　　　2