```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEFFREY RODRIGUEZ
6
```

**FILED**

**Oct 10, 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-00518 JAM |
| Plaintiff, | |
| v. | ORDER SEALING RECORD |
| JEFFREY RODRIGUEZ, | |
| Defendant. | |

On October 10, 2012, the Court received Sentencing Memorandum. This Sentencing Memorandum contains personal information.

IT IS HEREBY ORDERED that the Clerk of the Court shall file the document under seal and serve it on the parties.

Dated: October 10, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge